TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
Social Security Administration, Region IX
160 Spear St., Suite 800
San Francisco, CA 94105
Telephone: 415-977-8927
Facsimile: 415-744-0134
e-mail: Patrick.Snyder@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CAMERINO ZUNIGA VELASQUEZ,
Plaintiff,
vs.
ANDREW SAUL,
Commissioner of Social Security,
Defendant.

Case No. 5:20-cv-01349-KES

[~~PROPOSED~~] JUDGMENT OF REMAND

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 1, 2021

Karen E. Scott
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE