WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CAMERINO ZUNIGA VELASQUEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW SAUL, Commissioner<br>of Social Security Administration,<br><br>        Defendant. | CASE NO: **EDCV20-01349-KES**<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

    **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR HUNDRED FIFTY-ONE DOLLARS and 30/cents ($451.30), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: May 11, 2021

                                                    *Karen E. Scott*
                                      HONORABLE KAREN E. SCOTT
                                      UNITED STATES MAGISTRATE JUDGE